IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JEFFREY B. MOON,<br>Indiana Inmate #246673,<br><br>          Plaintiff,<br><br>vs.<br><br>STATE OF ILLINOIS,<br>and ILLINOIS DEPT. OF CORRECTIONS,<br><br>          Defendants. | Case No. 15-cv-799-NJR |

## ORDER OF DISMISSAL

**ROSENSTENGEL, District Judge:**

This matter is before the Court for a status review. On September 8, 2015, the Court's order of August 17, 2015 (Doc. 17), which had been mailed to the Plaintiff's address of record in the Indiana Department of Corrections, was returned with a notation that he is deceased, and the mail could not be forwarded (Doc. 18). The Court has no contact information for Plaintiff's next of kin, and no successor or representative of Plaintiff has contacted the Clerk or filed a motion for substitution of party. This action is therefore subject to dismissal.

**IT IS ORDERED** that this action is **DISMISSED** without prejudice. The Clerk shall **CLOSE THIS CASE** and enter judgment accordingly.

IT IS SO ORDERED.

DATED: October 15, 2015

*[signature]*

_____
**NANCY J. ROSENSTENGEL**
**United States District Judge**